United States District Court
Southern District of Texas
**ENTERED**
February 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIANE RIZZO, *Plaintiff*, v. BLUES MANAGEMENT, INC. d/b/a DAPA FAMILY RECOVERY PROGRAMS, *Defendant*. | CIVIL ACTION NO. 4:16-cv-01017 JURY DEMANDED |

## AGREED ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulated Notice For Dismissal With Prejudice; the motion is GRANTED.

The Court ORDERS that Plaintiff DIANE RIZZO's claims against Defendant BLUES MANAGEMENT, INC. d/b/a DAPA FAMILY RECOVERY PROGRAMS in the above-entitled cause are DISMISSED WITH PREJUDICE, and that each party shall bear its own costs and attorney's fees.

THIS IS A FINAL JUDGMENT.

Signed in Houston, Texas, this 10th day of February 2017.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE